**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CLINTON MCGRAW** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-cv-00394** |
| **UNITED TUGS, INC.** | **SECTION "A" (1)** |

# VERDICT FORM

## Jones Act

**QUESTION 1:**

Did the plaintiff Clinton McGraw prove by a preponderance of the evidence that United Tugs, Inc. was negligent on June 27, 2014, in a manner which was a cause of injury, in whole or in part, to him?

__✓__ YES ______ NO

***Proceed to Question 2.***

## Unseaworthiness

**QUESTION 2:**

Did the plaintiff Clinton McGraw prove by a preponderance of the evidence that the M/V EMILE T was unseaworthy on June 27, 2014, in a manner which was a cause of injury to him?

______ YES __✓__ NO

***If you answered "yes" to either question 1 or question 2, then proceed to question 3. If you answered "no" to both question 1 and question 2, then sign and date this form and alert the court security officer.***

## Contributory Negligence

**QUESTION 3:**

Did the defendant United Tugs, Inc. prove by a preponderance of the evidence that any negligence of the plaintiff Clinton McGraw caused or contributed to the accident on June 27, 2014?

_____ YES    ✓ NO

***If you answered "yes" to question 3, proceed to question 4. If you answered "no" to question 3, proceed to question 5.***

**QUESTION 4:**

Indicate what percentage, if any, that you assign to the following parties (the total must equal 100 percent):

| | |
|---|---|
| What percentage fault do you attribute to Clinton McGraw? | ____% |
| What percentage fault do you attribute to United Tugs, Inc.? | ____% |
| TOTAL | 100% |

***Proceed to question 5.***

**Damages**

**QUESTION 5:**

What amount, if any, do you find by a preponderance of the evidence will fully and justly compensate the plaintiff, Clinton McGraw, for his injuries? **(Do not make any deductions for the plaintiff's negligence, if any. The Court will make any calculations that are necessary.)**

Past physical and emotional pain and suffering .................................... $ 100K

Future physical and emotional pain and suffering .................................. $ 125K

Past loss of wages and fringe benefits .................................................... $ Ø

Future loss of wages and fringe benefits ................................................ $ 100K

***Sign and date this form and alert the court security officer.***

October 27, 2017.

[redacted]

[redacted] JURY FOREPERSON [redacted]