UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLINTON MCGRAW | CIVIL ACTION |
| VERSUS | NO: 15-394 |
| UNITED TUGS, INC. | SECTION: A |

**JUDGMENT**

This cause having been tried and submitted to a jury, and the jury having returned a verdict; Accordingly;

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of the plaintiff, Clinton McGraw, and against the defendant, United Tugs, Inc., in the amount of $325,000.00.

New Orleans, Louisiana, this 27th day of October 2017.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE